# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MANDI GIBBONS, JEFF GOINES, NICK HART, MELISSA SWISER, and CHARLES VONDENHUEVEL, on behalf of themselves and other similarly situated,<br><br>                Plaintiffs,<br>     v.<br><br>COOPER HATCHERY, INC. and COOPER FARMS, INC.,<br>                Defendants. | 3:10-cv-00897-JZ<br><br>JUDGE ZOUHARY |

## STIPULATED ORDER

To allow time for amended pleadings, and pursuant to this Court's direction as to date and time, the parties, by and through the undersigned counsel, hereby stipulate and agree that (1) the Case Management Conference currently set for July 19, 2010 at 9 a.m. will be moved to August 24, 2010 at 9 a.m., with the other remaining terms of the Court's May 28, 2010 notice (D.E. 19) to remain the same; and (2) defendants consent to plaintiffs filing an amended complaint for purposes of substituting the proper named defendant, V.H. Cooper & Co., Inc., in lieu of the two current named defendants, and defendant shall move, answer or otherwise plead in response to the amended complaint within 14 days of that filing.

Stipulated and agreed to by:

| | |
|---|---|
| /s/ Peter Winebrake per e-mail auth. 7-16-2010, KML<br>Peter Winebrake, Esq.<br>The Winebrake Law Firm, LLC<br>715 Twining Road, Suite 211<br>Dresher, PA 19025<br>(215) 884-2491 | /s/Theodore M. Munsell<br>Theodore M. Munsell (0022069)<br>Katheryn M. Lloyd (0075610)<br>Carpenter Lipps & Leland LLP<br>280 North High Street, Suite 1300<br>Columbus, OH 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>E-mail: munsell@carpenterlipps.com<br>           lloyd@carpenterlipps.com |

Katherine A. Stone, Esq.  
Barkan Neff Handelman Meizlish, LLP  
360 South Grant Street  
Columbus, OH 43215  
(614) 221-4221  

David Garrison, Esq. (*pro hac vice*)  
Barrett, Johnston & Parsley  
217 Second Avenue  
Nashville, TN 37201  
(615) 244-2202  

*Attorneys For Plaintiffs*

Paul Oliver, Esq.  
Wimberly Lawson Steckel Schneider & Stine  
3400 Peachtree Road, NE  
Atlanta, GA 30326  
(404) 365-0900  

*Attorneys For Defendants*

      **IT SO ORDERED** this ____ day of July 2010:

                                                                                _____  
                                                                               JUDGE ZOUHARY